FILED
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| THERESA M. BURROUGHS-JENKINS, ) ) ) | |
| Movant, ) ) | |
| v. ) ) | Case No. CV405-13 [Underlying CR403-130] |
| UNITED STATES OF AMERICA, ) ) | |
| Respondent. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this /6 day of May, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## *Southern District of Georgia*

Theresa M. Burroughs-Jenkins )

vs )  CASE NUMBER  CV405-13

United States of America )  DIVISION  SAVANNAH

)

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 5/16/05, which is part of the official record of this case.

Date of Mailing:     5/16/05

Date of Certificate     [X] same date,     or _____

Scott L. Poff, Clerk

By: WPRescott
Deputy Clerk

Name and Address

Theresa Burroughs Jenkins FCI Marianna 3625 FCI Road Marianna, Fl. 32446
Amy Lee Copeland US Attorney's Office
Criminal Division - Original

☐ Copy placed in Minutes
[X] Copy given to Judge
☐ Copy given to Magistrate